UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. SHERROD RICHARDSON, 20-cr-440**

## PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum                    (    ) Ad Testificandum

1.   Sherrod Richardson (hereinafter the "Detainee") is now confined at the Essex County Correctional Facility.

2.   The Detainee is charged in this District by violation petition for violating conditions of supervised release.

3.   The Detainee will return to the custody of the detaining facility upon termination of proceedings

4.   The Detainee will be required at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 5C, Newark, New Jersey, before the Hon. Susan D. Wigenton, District Judge, on May 13, 2026 at 12:00 PM, for an initial appearance and final revocation hearing of supervised release in the above-captioned case.   A Writ of Habeas Corpus should issue for that purpose.

DATED:   May 6, 2026                    _/s/ Chana Y. Zuckier_
                                        Chana Y. Zuckier
                                        Assistant U.S. Attorney
                                        Petitioner

## **O R D E R**

Let the Writ Issue.

DATED:   May 6, 2026

_____
Hon. Susan D. Wigenton, U.S.D.J.

## **W R I T   O F   H A B E A S   C O R P U S**

The United States of America to Warden of the Essex County Correctional Center:

WE COMMAND YOU that you have the body of

Sherrod Richardson,

now confined at the Essex County Correctional Center, brought before the United States District Court, the Hon. Susan D. Wigenton, U.S. District Judge, in the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 5C, Newark, New Jersey, on May 13, 2026 at 12:00 PM so that the Detainee may appear for an initial appearance and final revocation hearing of supervised release in the above-captioned case.   Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey.

DATED:   May 6, 2026

Melissa Rhoads
Clerk of the U.S. District Court
for the District of New Jersey

Per:  s/Carmen D. Soto
_____
Deputy Clerk